IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

     Plaintiff,                         No. CIV S-07-2558 WBS EFB P

    vs.

JAMES TILTON, et al.,

     Defendants.               ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint pursuant to the October 2, 2008, order. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's October 15, 2008, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

    So ordered.

DATED: October 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE