IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

        Plaintiff,

vs.

JAMES TILTON, ET AL.,

        Defendants.

No. 2:07-cv-02558-MMM

<u>ORDER GRANTING
LEAVE TO AMEND</u>

      Robert J. Bardo, a California prisoner incarcerated at Mule Creek State Prison, seeks leave to amend his complaint under Federal Rule of Civil Procedure 15(a)(2) in this <u>pro se</u> civil rights action. In light of Rule 15(a)(2)'s liberal amendment policy, Bardo's motion to amend is granted. <u>See</u> <u>DCD Programs, Ltd. v. Leighton</u>, 833 F.2d 183, 186 (9th Cir. 1987) (Rule 15(a) is to be applied with "extreme liberality") (internal quotation marks omitted). In permitting Bardo to file an amended complaint, however, the court takes no position whether the

1  amended complaint will survive a motion to dismiss. Defendants may raise again

2  the arguments presented in opposition to Bardo's motion to amend at the

3  appropriate time. Defendants have also asserted qualified immunity as a defense,

4  an issue not yet briefed by Bardo, and the court will entertain that defense on the

5  filing of a motion by Defendants.

6  **IT IS ORDERED**

7  Bardo's motion for leave to amend is granted. The clerk of court shall file

8  the amended complaint, attached as Exhibit A to the motion for leave to amend

9  [Dkt. #59]. Pursuant to Local Rule 220, Exhibits 1-3 of Bardo's superceded

10 complaint [Dkt. #10] shall be filed as exhibits to the amended complaint.

11 Dated: December 23, 2010

_M Margaret McKeown_
HON. M. MARGARET McKEOWN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2